# Court of Appeals
# of the State of Georgia

ATLANTA,  September 11, 2024

*The Court of Appeals hereby passes the following order:*

## A25A0281. ANNIE L. ZEPHANIAH v. GEORGIA CLINIC, P.C.

In this negligence action, the trial court granted defendant Georgia Clinic, P.C.'s renewed motion for summary judgment on June 7, 2024. Later that month, plaintiff Annie Zephaniah filed a motion to reconsider, which the trial court denied on July 16, 2024. On August 6, 2024, Zephaniah filed this direct appeal to challenge the trial court's grant of summary judgment through her notice of appeal. We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012). While the grant of summary judgment is subject to direct appeal, see OCGA § 9-11-56 (h), a motion for reconsideration does not extend the time for filing an appellate challenge to an appealable order, and the denial of a motion for reconsideration is not appealable in its own right. See *Bell v. Cohran*, 244 Ga. App. 510, 510-511 (536 SE2d 187) (2000); *Savage v. Newsome*, 173 Ga. App. 271, 271 (326 SE2d 5) (1985). Consequently, the trial court's July 16 order is not appealable, and Zephaniah's appeal — filed 60 days after the trial court's June 7 order — is untimely as to that order. See OCGA § 5-6-38 (a); *Bell*, 244 Ga. App. at 510-511; *Savage*, 173 Ga. App. at 271.

For these reasons, Zephaniah's appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,  09/11/2024*

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*